# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-08 |
| v. ) | |
| ) | |
| ALBERT BAKER, ET AL., ) | |
| ) | |
| Defendant. ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Motion to Suppress Wiretap Evidence filed by Defendant Beryl Williams and joined by Defendants Albert Baker, Dwayne Honore, Lennox Williams, and Delia Richards.  The government opposes said Motion.  An evidentiary hearing will be held on Monday, November 3, 2008.  It is hereby

**ORDERED** that the government submit all applications and accompanying affidavits for the interception of wire communications of any Defendant in this case prior to the evidentiary hearing on November 3, 2008.

ENTERED this 30th day of October, 2008.

                                                /s/
                                   **HONORABLE RAYMOND L. FINCH**
                                   **U.S. DISTRICT JUDGE**