# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | |
| **ALBERT BAKER, et al** | : | NO. 08-0008 |

## O R D E R

**AND NOW**, this 5th day of January, 2009, upon consideration of the Motion for Recusal of Court (Document No. 317) and the case having been reassigned from the calendar of Judge Finch, it is **ORDERED** that the motion is **DENIED AS MOOT**.

                                                          s/Timothy J. Savage
                                                 TIMOTHY J. SAVAGE,  J.